SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Kun Soo Yun, et al<br><br>        Defendants | Case No. **2:09-cv-02071-MCE-JFM**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 7, 2009 FOR DEFENDANT KUN SOO YUN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Kun Soo Yun, by and through, Scott N. Johnson; Kun Soo Yun (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Kun Soo Yun until

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

October 8, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Kun Soo Yun is granted an extension until November 7, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Kun Soo Yun's response will be due no later than November 7, 2009.

IT IS SO STIPULATED effective as of October 7, 2009

Dated:  October 7, 2009                  /s/Kun Soo Yun_____

                                         Kun Soo Yun

                                         PRO SE


Dated:  October 7, 2009                  /s/Scott N. Johnson_____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Kun Soo Yun shall have until November 7, 2009 to respond to complaint.

Dated: October 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2