SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>         Plaintiff,<br><br>    vs.<br><br>Kun Soo Yun, et al,<br><br>         Defendants. | Case No.: CIV.S 09-cv-02071-MCE-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF KUN SOO YUN AND** *Proposed* **ORDER**<br><br>Complaint Filed:  JULY 28, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Kun Soo Yun) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant.  Defendant (Kun Soo Yun) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: December 1, 2009                    /s/Scott N. Johnson
                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED:  12/7/2009
                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE